| **Fill in this information to identify your case:** |
| --- |
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF NEW YORK |
| Case number *(if known)* _____  Chapter **7** |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **BMP Media Holdings, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **FKA  Brant Publications, LLC** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-1798181** |
| 4. | **Debtor's address** | **Principal place of business**<br><br>**110 Greene Street**<br>**2nd Floor**<br>**New York, NY 10012**<br>Number, Street, City, State & ZIP Code<br><br>**New York**<br>County | **Mailing address, if different from principal place of business**<br><br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor **BMP Media Holdings, LLC**     Case number (*if known*) _____
    Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | **See Attachment** | Relationship | _____ |
|---|---|---|---|---|
| | District | _____ | When _____ | Case number, if known _____ |

Debtor   **BMP Media Holdings, LLC**_____   Case number (*if known*)_____
      Name

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district?*** | *Check all that apply:*<br>☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>    Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>       Contact name _____<br>       Phone _____ |

■ **Statistical and administrative information**

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>■ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| | | | | |
|---|---|---|---|---|
| **14.** | **Estimated number of creditors** | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |
| **15.** | **Estimated Assets** | ■ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

Debtor  **BMP Media Holdings, LLC**
Name

Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **May 21, 2018**
MM / DD / YYYY

X  **/s/ Christopher Brant**                                      **Christopher Brant**
Signature of authorized representative of debtor       Printed name

Title  **Managing Member**

**18. Signature of attorney**

X  **/s/ Sanford P. Rosen**                                       Date  **May 21, 2018**
Signature of attorney for debtor                                  MM / DD / YYYY

**Sanford P. Rosen (SR-4966)**
Printed name

**Rosen & Associates, P.C.**
Firm name

**747 Third Avenue**
**Floor 20**
**New York, NY 10017-2803**
Number, Street, City, State & ZIP Code

Contact phone  **(212) 223-1100**          Email address  **srosen@rosenpc.com**

**(SR-4966) NY**
Bar number and State

Debtor **BMP Media Holdings, LLC**  Case number (*if known*)
Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____   Chapter  **7**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Brant Publications, Inc.** | | | Relationship to you | **Parent** |
| District | **Southern District of New York** | When | **5/21/18** | Case number, if known | |
| Debtor | **Interview, Inc.** | | | Relationship to you | **Wholly owned subsidiary** |
| District | **Southern District of New York** | When | **5/21/18** | Case number, if known | |

# WRITTEN CONSENT OF THE MANAGERS
# OF
# BMP MEDIA HOLDINGS, LLC

The undersigned, being all of the Managers of **BMP MEDIA HOLDINGS, LLC**, a Delaware limited liability company (the "**Company**"), effective this 21st day of May, 2018 hereby approve and consent to the adoption of each and every of the following resolutions, and each of same are hereby severally adopted, approved, ratified and confirmed, and any and all action of every kind taken or to be taken by any of the officers and managers of the Company, pursuant to any such resolution, action, decision, or authorization, be, and it hereby is authorized, adopted, approved, ratified and confirmed:

WHEREAS, the Company is insolvent and unable to pay its debts as they mature; and

WHEREAS, it would be in the best interests of creditors for the Company to file a voluntary petition under Chapter 7 of the United States Bankruptcy Code.

NOW, THEREFORE, BE IT RESOLVED, that the Company file as soon as practicable a bankruptcy in accordance with Chapter 7 of the United States Bankruptcy Code.

RESOLVED, that Christopher Brant, a managing member of the Company, and any other person designated and so authorized to act (each, an "**Authorized Officer**") be, and each hereby is, authorized, empowered, and directed, in the name and on behalf of the Company, to execute and verify a petition under chapter 7 of the United States Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Southern District of New York at such time as the Authorized Officer executing the petition shall determine; and it is further

RESOLVED, that the law firm of Rosen & Associates, P.C., 747 Third Avenue, New York, NY 10017-2803, is hereby employed as attorneys for the Company in the Company's chapter 7 case; and it is further

RESOLVED, that any Authorized Officer be, and hereby is, authorized, empowered, and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals and to take and perform any and all further acts and deeds that such Authorized Officer deems necessary, proper, or desirable in connection with the Corporation's chapter 7 case, with a view to the successful prosecution of such case; and it is further

RESOLVED, that each Authorized Officer be, and each hereby is, authorized, empowered and directed, in the name and on behalf of the Company to: (i) negotiate, execute, deliver and/or file, in addition to the agreements, documents, and instruments referenced herein, such other agreements, documents and instruments and assignments thereof as may be required or as such Authorized Officer deems appropriate or advisable, or to cause the negotiation,

execution and delivery thereof, in the name and on behalf of the Company in such form and substance as such Authorized Officer may approve, together with such changes and amendments to any of the terms and conditions thereof as such Authorized Officer may approve, with the execution and delivery thereof on behalf of the Company by or at the direction of such Authorized Officer to constitute evidence of such approval, (ii) negotiate, execute, deliver and/or file, in the name and on behalf of the Company any and all agreements, documents, certificates, consents, filings, and applications relating to the resolutions adopted and matters ratified or approved herein and the transactions contemplated thereby, and amendments and supplements to any of the foregoing, and to take such other actions as may be required or as such Authorized Officer deems appropriate or advisable in connection therewith, and (iii) do such other things as may be required, or as may in such Authorized Officer's judgment be appropriate or advisable, in order to effectuate fully the resolutions adopted and matters ratified or approved herein and the consummation of the transactions contemplated thereby; and it is further

RESOLVED, that each Authorized Officer be, and each hereby is, authorized and empowered on behalf of and in the name of the Company to execute such consents of the Company as such Authorized Officer considers necessary, proper, or desirable to effectuate these resolutions, such determination to be evidenced by such execution or taking of such action; and it is further

RESOLVED, that any and all past action heretofore taken by an Authorized Officer of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby is, ratified, confirmed, and approved.

RESOLVED, that this Written Consent may be executed in any number of counterparts, and each such counterpart shall for all purposes be deemed an original, and all such counterparts shall for all purposes constitute one Written Consent notwithstanding that the managers have not executed the same counterpart.

RESOLVED, that the delivery to the Company of a facsimile transmission of an executed original hereof, and/or the retransmission of any executed facsimile transmission hereof shall be deemed to be the same as delivery of an executed original.

*[Signature Page Follows]*

IN WITNESS WHEREOF, the undersigned have executed this Written Consent of the Managers of BMP Media Holdings, LLC effective as of the date first above written.

_____
Peter M. Brant

_____
Christopher Brant

# United States Bankruptcy Court
## Southern District of New York

In re  **BMP Media Holdings, LLC**                                      Case No.
                           Debtor(s)                                     Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **May 21, 2018**                          **/s/ Christopher Brant**
                                                 **Christopher Brant**/**Managing Member**
                                                 Signer/Title

```
AMERICAN EXPRESS
PO BOX 360001
FT LAUDERDALE, FL 33336-0001


ASSOCIATED PENSION CONSULTANTS
6800 JERICHO TURNPIKE
SUITE 200W
SYOSSET, NY 11791


BARON & BARON, INC.
435 HUDSON STREET
5TH FLOOR
NEW YORK, NY 10014


BERKOWITZ TRAGER & TRAGER LLC
8 WRIGHT STREET
2ND FLOOR
WESTPORT, CT 06880


BIG GREENE EAGLE INC
110 GREENE STREET
NEW YORK, NY 10012


CHASE WEISS & KEHOE LLC
PO BOX 644006
CINCINNATI, OH 45264


COLVENT INC.
325 WEST 38TH STREET
SUITE 611
NEW YORK, NY 10018


CUSTOM NETWORK SOLUTIONS, INC.
210 ROUTE 4 EAST
SUITE 201
PARAMUS, NJ 07652


DEBORAH BLASUCCI



DELAWARE SECRETARY OF STATE
POST OFFICE BOX 5509
BINGHAMTON, NY 13902-5509
```

```
EMERALD DOCUMENT IMAGING
100 MILBAR BOULEVARD
FARMINGDALE, NY 11735


EMERSON SPEED PRINTING
379 KINDERKAMACK RD.
ORADELL, NJ 07649


EVERBANK COMMERCIAL FINANCE
PO BOX 911608
DENVER, CO 80291-1608


FABIEN BARON
435 HUDSON STREET
5TH FLOOR
NEW YORK, NY 10014


GREAT AMERICA FINANCIAL
625 FIRST STREET SE
SUITE 800
CEDAR RAPIDS, IA 52401


JANE F. KATZ
47 EAST 88TH STREET
 APT 12D
NEW YORK, NY 10128


KREINIK ASSOCIATES LLC
777 THIRD AVENUE
35TH FLOOR
NEW YORK, NY 10017


LADAS & PARRY LLP
1040 AVENUE OF THE AMERICAS
NEW YORK, NY 10018


LAWRENCE S YUDESS
ATTORNEY AT LAW
2 DICKS LANE
ROSLYN, NY 11576


LCA BANK CORPORATION
PO BOX 1650
TROY, MI 48099-1650
```

```
NEOFUNDS
PO BOX 30193
TAMPA, FL 33630


NEOPOST NORTHEAST
30 BATTERSON PARK RD.
FARMINGTON, CT 06032


NET@WORK
575 8TH AVENUE
10TH FLOOR
NEW YORK, NY 10018


NPD LOGISTICS LLC
263 FRELINGHUYSEN AVENUE
NEWARK, NJ 07114


NYC DEPARTMENT OF FINANCE
P.O. BOX 5150
KINGSTON, NY 12402-5150


PETER M. BRANT



PUBLISHERS PRESS
P.O. BOX 37500
LOUISVILLE, KY 40233


SINGLETON LLC
80 FIELD POINT ROAD
GREENWICH, CT 06831


SOS COMPUTER CONSULTING
145 WELLINGTON CT.
#1A
STATEN ISLAND, NY 10314


THE RUBIN GROUP INC
111 JOHN STREET
SUITE 1900
NEW YORK, NY 10038
```

```
THE RUBIN GROUP, INC.
111 JOHN STREET
SUITE 1900
NEW YORK, NY 10038


TRAVELERS
TRAVELERS CL REMITANCE CENTER
PO BOX 66
DALLAS, TX 75266-0317


UNITED PARCEL SERVICE



VERIZON WIRELESS
P.O. BOX 408
NEWARK, NJ 07101-0408
```

# United States Bankruptcy Court
## Southern District of New York

In re  **BMP Media Holdings, LLC**　　　　　　　　　　　Case No. _____
　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　Chapter  **7**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **BMP Media Holdings, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Brant Publications, Inc.**
**110 Greene Street**
**2nd Floor**
**New York, NY 10012**

☐ None [*Check if applicable*]

| | |
|---|---|
| **May 21, 2018** | **/s/ Sanford P. Rosen** |
| Date | **Sanford P. Rosen (SR-4966)** |
| | Signature of Attorney or Litigant |
| | Counsel for  **BMP Media Holdings, LLC** |
| | **Rosen & Associates, P.C.** |
| | **747 Third Avenue** |
| | **Floor 20** |
| | **New York, NY 10017-2803** |
| | **(212) 223-1100 Fax:(212) 223-1102** |
| | **srosen@rosenpc.com** |